1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide , VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone:  (540) 672-4224
   Facsimile:  (540) 672-3055
5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                (SAN FRANCISCO DIVISION)

11

| 12 | SUSAN SHARPS, VICKY LIVELY, RICHARD RUTHERFORD, | **MDL NO. 1699** |
|---|---|---|
| 13 | | **District Judge:  Charles R. Breyer** |
| 14 | Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF RICHARD RUTHERFORD** |
| 15 | v. | |
| 16 | PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | |
| 17 | Defendants. | Case No.  06-CV-05849-CRB |

18      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

19  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

20  Plaintiff, Richard Rutherford from this action without prejudice with each side bearing its own

21  attorney's fees and costs.

22      Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against

23  Defendant's, they should do so only by re-filing in the United States District Court.

24

25

26

27

28

COMPLAINT

1  Dated: 7-16-07                    Respectfully submitted,

2
                                     THE MILLER FIRM, LLC
3

4                                    By: David C. Andersen

5                                        DAVID C. ANDERSEN

6
                                     Michael J. Miller, VA Bar No. 19171
7                                    J. Christopher Ide , VA Bar No. 19307
                                     David C. Andersen, CA Bar No. 194095
8                                    THE MILLER FIRM, LLC
                                     108 Railroad Avenue
9                                    Orange, VA 22960
                                     Telephone: (540) 672-4224
10                                   Facsimile: (540) 672-3055

11                                   Attorneys for Plaintiffs

12

13  Dated: 7 - 23 - 07               Respectfully submitted,

14
                                     GORDON & REES
15

16                                   By: STUART M. GORDON

17                                       STUART M. GORDON

18
                                     CA Bar No. 37477
19                                   GORDON & REESE
                                     275 Battery Street, Ste. 2000
20                                   San Francisco, CA 94111
                                     Telephone: (415) 986-5900
21                                   Facsimile: (415) 262-3801

22                                   Attorneys for Defendants

23
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**
24  **SO ORDERED**

25  Dated: July 25, 2007

26

27                                   Hon. Charles R. Breyer
                                     United States District Court
28


                                     -- 2 --                          COMPLAINT