Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No.: 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No. 06-CV-5849-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| SUSAN SHARPS, VICKY LIVELY, RICHARD RUTHERFORD<br><br>             Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>             Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to:<br><br>VICKY LIVELY | |

Come now the Plaintiff, Vicky Lively, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: May 5, 2009 | By: _David C. Andersen_ |
| 2 | | David C. Andersen, CA Bar No. 194095 |
| 3 | | THE MILLER FIRM, LLP<br>Two Bala Plaza, Ste. 603<br>Bala Cynwyd, PA 19004 |
| 4 | | Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |

Attorneys for Plaintiff Vicky Lively

DATED: 8/26, 2009     By: /s/ Loren Brown

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 1, 2009

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**